```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

     SEP 18 2006

          AT SEATTLE
     CLERK U.S DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                         DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FAYEZ AL-BASSREI,

    Petitioner,

v.

A. NEIL CLARK, *et al.*,

    Respondents.

CASE NO. C06-508-MJP

ORDER GRANTING HABEAS PETITION

The Court, having reviewed the Petition for Writ of Habeas Corpus, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and any objections or responses to that, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) The Petition for Writ of Habeas Corpus (Dkt. #4) is GRANTED;

(3) This matter is REMANDED to the Seattle Immigration Court for the purpose of providing petitioner with an individualized bond hearing within <u>30 days of the date of this Order</u>. The Immigration Judge is to determine, based on the standard set forth in INA § 236(a), whether, and under what conditions, petitioner may be released from custody pending the habeas corpus proceedings in this Court.;

(4) Respondents' cross-motion to dismiss (Dkt. #9) is DENIED; and

ORDER GRANTING HABEAS PETITION
PAGE -1

06-CV-00508-ORD

01  (5)  The Clerk shall send a copy of this Order to the parties, and to the Honorable
02 James P. Donohue.
03   DATED this __18__ day of __Sept_____, 2006.

_MARSHA J. PECHMAN_ (signature)
MARSHA J. PECHMAN
United States District Judge

ORDER GRANTING HABEAS PETITION
PAGE -2